**FILED**

Date: 5|5|22 via: **fax**

Clerk, U.S. Bankruptcy
Tampa Division
@ 11:58 pm

amended filing

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | T.G. United, Inc. A Florida Corporation |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AADD PROPERTIES, Attn: Darryl Johnston 29 S Brooksville Ave Brooksville, FL 34601 | | | | | | $0.00 |
| AMERIFUND 14550 N.   Frank Lloyd Wright Blvd. # 110 Scottsdale, AZ 85260 | | | | | | $0.00 |
| Crestmark Vendor Finance 3756 Momentum Place Chicago, IL 60689 | | | | | | $0.00 |
| David Ambrose 24295 Hidden Meadows Road Brooksville, FL 34601 | | | | | | $0.00 |
| David B. Solve, Esq. Pawnee P.O. Box 560608 Miami, FL 33256 | | | | | | $0.00 |
| First Insurance Funding P.O. Box 7000 Carol Stream, IL 60197 | | | | | | $0.00 |
| LG Funding, LLC 1218 Union Street Brooklyn, NY 11225 | | | | | | $0.00 |
| Navitas Credit Corp P.O. Box 935204 Atlanta, GA 31193 | | | | | | $0.00 |
| TG United Liquid, Inc./ Wittman Pharma 16206 Flight Path Drive Brooksville, FL 34604 | | | | | | $0.00 |

Debtor   T.G. United, Inc. A Florida Corporation            Case number *(if known)* _____

      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155 | | | | | | $0.00 |
| United States Treasury Department United States Treasury Department Kansas City, MO 64999 | | | | | | $0.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy